UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NGHIEP C. PHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:06-CV-01840 SNL / FRB |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**H**aving received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles (Doc. #23, filed Feb. 19, 2008) be, and is, **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that this cause of action be, and is, **HEREBY REMANDED**, pursuant to 42 U.S.C. §405(g), to the Commissioner of Social Security for further proceedings consistent with the Magistrate Judge's Report and Recommendation (Doc. #23). The Court does not retain jurisdiction of this matter.

Dated this 3rd day of March, 2008.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**